AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

TOMAS RALIOS ALONZO

*Defendant(s)*

Case No. 8:26MJ480

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 23, 2026 in the county of Dodge in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature] #8389 D.O.

*Complainant's signature*

Anthony Gayden, Deportation Officer, ICE

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 11/2/2026

[signature]

*Judge's signature*

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION | ) | |
| OF TOMAS RALIOS-ALONZO | ) | AFFIDAVIT OF Anthony P. Gayden |
| | ) | |

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over seventeen (17) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Tomas RALIOS-Alonzo**, (hereafter referred to as Defendant) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. Tomas RALIOS-Alonzo, (hereafter referred to as Defendant), came to the attention of the ICE ERO Omaha Criminal Alien Program team while screening the Dodge County, NE jail for aliens that are subject to removal.

6. On 4/26/2026, the Fremont, NE Police Department arrested Defendant, RALIOS, for 1st degree sexual assault, terroristic threats, criminal impersonation, and 3rd degree domestic assault causing bodily injury.

7. A biographic check of Defendant, RALIOS's name and date of birth revealed that an Immigration Judge ordered him removed on 8/10/2022 in Omaha, NE. ICE removed Defendant, RALIOS, to Guatemala on 8/31/2022 through Laredo, TX. No record of lawful immigration status was found. ICE placed a detainer at the Dodge County Jail.

8. On 7/15/2026, Dodge County District Court convicted Defendant, RALIOS, of felony criminal impersonation. He was sentenced to 1 year prison. All other criminal charges were dismissed. Dodge County turned RALIOS over to the Nebraska Department of

Corrections. On 10/23/2026, the Nebraska Department of Corrections released Defendant, RALIOS, to ICE officers after completing his criminal sentence.

9. Defendant, RALIOS**'s** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant, **RALIOS**, had been arrested by DHS previously.

10. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 208 872 355) relating to this Defendant, **RALIOS.**

11. Defendant, **RALIOS's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was last removed from the United States to Guatemala, on 8/31/2022, pursuant to a final removal order dated 8/10/2022 in Omaha, NE.

12. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **RALIOS.**

13. Affiant believes there is probable cause that Defendant, **RALIOS**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

#8389 D.O.

Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means this 2nd day of November, 2026.

HONORABLE RYAN C. CARSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska